# EXHIBIT B

PO Box 510090
Livonia MI 48151-6090





PEIKJG00200212

JACQUELYN FLETCHER
1402 S 6TH ST
PHILADELPHIA, PA 19147-5802

Account Number: ************8640
Original Creditor: Citibank, N.A.
Current Owner: LVNV Funding LLC
Reference ID: 701362514
Balance: $1,969.12
Accountholder Name: Jacquelyn V Fletcher

August 2, 2021

Dear Jacquelyn Fletcher,

We have received a recent inquiry regarding the above-referenced account and have enclosed the account summary which provides verification of debt.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Customer Service Department
Resurgent Capital Services L.P.

Enclosure

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

The law limits how long you can be sued on a debt. Because of the age of your debt, LVNV Funding LLC cannot sue you for it. If you do not pay the debt, LVNV Funding LLC may report or continue to report it to the credit reporting agencies as unpaid.


*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday - Sunday


*Address*
PO Box 10497
Greenville, SC 29603-0497


*Contact Numbers*
Toll Free Phone
1-866-464-1187
Toll Free Fax
1-866-467-0960


*Customer Portal*
Portal.Resurgent.com



15753834-VERACS-CS

# Citi® Double Cash Card 

**JACQUELYN V FLETCHER**
Member Since 2015   Account number ending in: 8640
Billing Period: 02/08/17-03/07/17

How to reach us
www.citicards.com
1-855-473-4583 TTY: 1-800-325-2865
BOX 6500 SIOUX FALLS, SD 57117

| | |
|---|---|
| Minimum payment due: | $2,004.92 |
| New balance: | $2,004.92 |
| Payment due date: | 04/03/17 |

Your account is past due. Please pay at least the minimum payment due, which includes a past due amount of $412.76 and an overlimit amount of $304.92.

### Account Summary
| | |
|---|---|
| Previous balance | $1,969.12 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$35.80 |
| **New balance** | **$2,004.92** |

### Credit Limit
Credit limit   $1,700
Includes $600 cash advance limit

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 month(s) | $2,005 |

For information about credit counseling services, call 1-877-337-8188.

---

Please print **Address Changes** on the reverse side

Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online

To download:
Text **'App15'** to MyCiti (692484)
or go to your device's app store.
Or visit www.citicards.com

| | |
|---|---|
| Minimum payment due | $2,004.92 |
| New balance | $2,004.92 |
| Payment due date | 04/03/17 |

Amount enclosed:

Account number ending in 8640 

000000 MC 32 A 0

JACQUELYN V FLETCHER
113 BARTLETT ST
# 3
CHARLESTOWN MA 02129-2418

CITI CARDS
PO BOX 9001037
Louisville, KY 40290-1037

15000 0200492 0200492 0002500 05424181159528640 0518

PEIK.IG0020021200212020450000

JACQUELYN V FLETCHER                                       www.citicards.com            Page 2 of 2
                                                  1-855-473-4583 TTY: 1-800-325-2865

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| Total fees charged in this billing period | $0.00 |
|---|---|

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 03/07 | INTEREST CHARGED TO STANDARD PURCH | $35.80 |
| Total interest charged in this billing period | | $35.80 |

### 2017 totals year-to-date

| Total fees charged in 2017 | $70.00 |
|---|---|
| Total interest charged in 2017 | $110.76 |

### Interest charge calculation

Days in billing cycle: 28

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 23.49% (V) | $1,986.32 (D) | $35.80 |
| ADVANCES | | | |
| Standard Adv | 25.74% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

### Account messages

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

Information for Massachusetts Residents: Notice of Important Rights. You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide a written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the creditor.

